

**Allegheny County
Bureau of Corrections
Healthcare Services
Sick Call Request (Solictud de visita médico)**

For Louis

Date Request Written (Fecha de la slicitud escrita): 8/30/2020

Name (Nombre): Michael Ginyard

DOC # (N. asignado por el Departamento de Correcciones (DOC, en ingles)): 128748

Date of Birth (fecha de nacimiento): 12/30/1986

Please select the department that you need to be seen by: (Only check one box per form)
Por favor seleccione el departamento que necesita para ser visto por: (Solo marque una casilla por formulario)

☐ Dental
☒ Medical (Médico)
☐ Mental Health (Salud Mental)

Once you have completed this form keep a copy and place the original into the **Sick Call Box**.
(Una vez que haya completado este formulario, conserve una copia y coloque el original en **la Casilla de Visitas Médicos**.)

**DO NOT USE THE REGULAR MAILBOX AS IT WILL DELAY THE PROCESS.
(NO USE LA CASILLA POSTAL NORMAL. ESTO RETRASARA EL PROCESO)**

(Exhibit D)