

**Allegheny County**
**Bureau of Corrections**
**Healthcare Services**
## Sick Call Request (Solictud de visita médico)

*for Louis*

Date Request Written (Fecha de la slicitud escrita): 9/5/2020

Name (Nombre): Michael Gulyard

DOC # (N. asignado por el Departamento de Correcciones (DOC, en ingles)): 128728

Date of Birth (fecha de nacimiento): 12/30/1986

Please select the department that you need to be seen by: (Only check one box per form)
Por favor seleccione el departamento que necesita para ser visto por: (Solo marque una casilla por formulario)

☐ Dental
☑ Medical (Médico)
☐ Mental Health (Salud Mental)

Once you have completed this form keep a copy and place the original into the **Sick Call Box**.
(Una vez que haya completado este formulario, conserve una copia y coloque el original en **la Casilla de Visitas Médicos**.)
**DO NOT USE THE REGULAR MAILBOX AS IT WILL DELAY THE PROCESS.**
**(NO USE LA CASILLA POSTAL NORMAL. ESTO RETRASARA EL PROCESO)**

(Exhibit E)